IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| COREY CHARLES SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-012 |
| | ) |
| JERMAINE WHITE, Warden, and | ) |
| KAREN THOMAS, Unit Manager, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In an Order dated May 23, 2022, the Court explained that Plaintiff is required to fully cooperate in discovery initiated by Defendants. (Doc. no. 19, p. 4.) Specifically, "[u]pon being given at least five days notice of the scheduled deposition date, Plaintiff shall appear and permit his deposition to be taken and shall answer, under oath and solemn affirmation, any question that seeks information relevant to the subject matter of the pending action." (Id.) Accordingly, Defendant's Motion for Video Deposition is **MOOT**. (Doc. no. 27.) Plaintiff shall sit for his deposition and answer defense counsel's questions under the terms of the Court's May 23rd Order. Defense counsel shall confer with the warden or appropriate supervisor at Plaintiff's current place of incarceration as to the date, time, and logistics of Plaintiff's deposition.

SO ORDERED this 13th day of July, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA