IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| COREY CHARLES SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-012 |
| | ) | |
| JERMAINE WHITE, Warden, and | ) | |
| KAREN THOMAS, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all claims concerning (1) Defendant White's rejection of Plaintiff's grievance, (2) any alleged violation(s) of a prison regulation or concomitant Eighth Amendment claim regarding decontamination rules, and (3) official capacity monetary damages. The case shall proceed in accordance with the Magistrate Judge's May 23, 2022 Order. (See doc. no. 19.)

SO ORDERED this 15th day of July, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE