IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| COREY CHARLES SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-012 |
| | ) | |
| JERMAINE WHITE, Warden, and | ) | |
| KAREN THOMAS, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion for summary judgment, (doc. no. 35), and **DISMISSES** this case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 38, pp. 4-6). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines and **CLOSE** this case.

SO ORDERED this 21st day of February, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE